IN THE CIRCUIT COURT OF THE SIXTY JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
CIVIL DIVISION

ANN REGINA LANGDALE,
Plaintiff,

v.

Case No.:

Division:

M AND N TRUCKING, INC.,
A Foreign Corporation, and
HARRY MERRILL,
Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, ANN REGINA LANGDALE, sues the Defendants, M AND N TRUCKING, INC., and HARRY MERRILL and alleges:

### GENERAL ALLEGATIONS

1.

This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2.

At all times material here to this complaint, Plaintiff, ANN REGINA LANGDALE, was a resident of Pinellas County, Florida.

3.

That Defendant, M AND N TRUCKING, INC. is a Missouri corporation, not licensed to do business in the State of Florida with its principal office and Registered Agent, Sasa Markovic, located at 1459 Foxridge Court, Arnold, Missouri 63010.

4.

To Plaintiff's best knowledge and belief, Defendant HARRY MERRILL, was at all times material to this Complaint and currently is a resident of Foley, Missouri.

## COUNT ONE
## NEGLIGENCE OF HARRY MERRILL

5.

The allegations contained in paragraphs 1 through 4 above, are realleged and incorporated by reference.

6.

On or about May 26, 2009, Plaintiff, ANN REGINA LANGDALE, was the owner/operator of a 2003 Ford automobile on Interstate 75, State Road 93, in Sumter County, Florida.

7.

At that time and place Defendant, HARRY MERRILL, was in the course and scope of his employment duties and was operating a commercial long haul tractor trailer vehicle owned by and with the consent of the owner of the vehicle M AND N TRUCKING, INC.

8.

At that time and place Defendant, HARRY MERRILL, negligently operated the tractor trailer so that it struck the vehicle owned and operated by Plaintiff, ANN REGINA LANGDALE, and this caused a serious crash between the two vehicles.

9.

As a result, Plaintiff ANN REGINA LANGDALE suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment

of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE Plaintiff, ANN REGINA LANGDALE, demands judgment against this Defendant for compensatory damages in an amount in excess of the minimum jurisdictional limits of this Court, exclusive of interest and costs.

## COUNT TWO
## NEGLIGENCE OF M AND N TRUCKING, INC.

10.

The allegations contained in paragraphs 1 through 4 above, are realleged and incorporated by reference.

11.

At all times material to this action, Defendant, M AND N TRUCKING, INC., was the owner of the commercial long haul tractor trailer vehicle being driven with permission by HARRY MERRILL, who operated at the request of Defendant, M AND N TRUCKING, INC., as its employee or representative. Defendant HARRY MERRILL while operating this vehicle was in the course and scope of his employment duties.

12.

At all times material to this action, Defendant, M AND N TRUCKING, INC., as the owner of the commercial long haul tractor trailer vehicle being driven by HARRY MERRILL, had the duty to inspect and maintain the vehicle in good working order and to entrust to its representatives and/or employees it knew, or should have known, would operate the vehicle in a safe manner.

13.

At all times material to this action, Defendant, M AND N TRUCKING, INC., as the owner of the vehicle driven by Defendant, HARRY MERRILL, had the duty to monitor and supervise the hours of operation of Defendant, HARRY MERRILL such that its vehicle would be driven in a manner safely and consistent with the rules, regulations and laws of the Federal government and the State of Florida.

14.

At all times material to this action, Defendant, M AND N TRUCKING, INC., granted Defendant, HARRY MERRILL, permission to operate said motor vehicle through his employment and had full knowledge of and consented to Defendant, HARRY MERRILL's operation of its motor vehicle on the date of the accident.

15.

On or about May 26, 2009, Plaintiff, ANN REGINA LANGDALE, was a seat belted front seat driver in a 2003 Ford automobile owned and operated by her on Interstate 75, State Road 93 in Sumter County, Florida.

16.

At that time and place Defendant, HARRY MERRILL, negligently operated or maintained the vehicle he was driving so that he collided with the rear of the vehicle owned and operated by plaintiff which resulted in a serious crash between the two vehicles.

17.

Defendant M AND N TRUCKING, INC. is vicariously liable for the negligence of Defendant, HARRY MERRILL by virtue of entrusting a dangerous instrumentality, the commercial long haul tractor trailer to Defendant, HARRY MERRILL and for his actions as a representative or employee of M AND N TRUCKING, INC.

18.

Defendant, M AND N TRUCKING, INC. is liable for its negligent maintenance and entrustment of the motor vehicle which contributed to the circumstances which led to the collision described above.

19.

As a result, Plaintiff ANN REGINA LANGDALE suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE Plaintiff, ANN REGINA LANGDALE, demands judgment against this Defendant for compensatory damages in an amount in excess of the minimum jurisdictional limits of this Court, exclusive of interest and costs.

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury of all issues triable as of right by a jury.

Respectfully submitted,

*/s/ Warren L. Harris*
WARREN L. HARRIS, ESQUIRE
304 S. Fielding Avenue
Tampa, Florida 33606
Telephone: (813) 229-2667
FBN: 247308
harrisattytampa@aol.com
Attorney for Plaintiff